IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 7:15CR00045 |
| v. | **ORDER** |
| HAMEEN SHAHID IRVIN, | By: Hon. Glen E. Conrad |
| Defendant. | Chief United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that defendant's motion to withdraw his plea of guilty is **DENIED**.

The Clerk is directed to send certified copies of this order to defendant and all counsel of record.

ENTER: This 7th day of March, 2017.

_____
Chief United States District Judge

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 07 2017

JULIA C. DUDLEY, CLERK
BY: DEPUTY CLERK